# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

JOHN RENARD NASHID,  *
                 *
     Plaintiff,      *      CIVIL ACTION NO.: 5:17-cv-102
                 *
    v.               *
                 *
ROBERT JAMES, Superior Court Judge of  *
Douglas County Georgia, et al.,      *
                 *
     Defendants.     *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's February 26, 2018 Report and Recommendation, dkt. no. 13, to which Plaintiff filed Objections, dkt. no. 16. Plaintiff's Objections concerning the allegedly unlawful state criminal prosecution of him are largely a reiteration of his arguments already presented, which the Magistrate Judge correctly rejected. For example, Plaintiff reasserts his argument that Defendants executed an arrest warrant and prosecuted him without having taken and filed the "proper oath of office." Id. at pp. 2-3.

In addition, Plaintiff asserts the Magistrate Judge misconstrued his claims in violation of the "[s]pirit of the law (Truth in Government) and the My Brother's Keeper Clause." Id.

at p. 2. Although Plaintiff fails to specifically identify how the Magistrate Judge did so, he requests discovery and levies twenty-five interrogatories. Id. at pp. 2-7. Plaintiff, however, has no right to discovery in this action because, as detailed in the Magistrate Judge's Report and Recommendation, his Complaint fails to state a claim upon which relief can be granted. See Dkt. No. 13 (recommending dismissal under Heck v. Humphrey, the Rooker-Feldman doctrine, the statute of limitations, immunity principles, and for insufficient factual allegations). As such, Plaintiff cannot avail himself of discovery. Jones v. Comm'r, Ga. Dep't of Corr., 812 F.3d 923, 925 (11th Cir. 2016) (litigants not entitled to discovery without first pleading "enough facts to state a claim to relief that is plausible on its face" (quoting Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 570 (2007); citing Fed. R. Civ. P. 8)).

Accordingly, the Court **OVERRULES** Plaintiff's Objections and request for discovery and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 11 day of May, 2018.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)